UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| Craig Pederson, <br><br> Plaintiff <br><br> vs. <br><br> AAA Collections, Inc., <br><br> Defendant. | CIV 4:22-cv-04166 <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

**Statement of Movant**

I, Pamela R. Reiter, an active member of the Bar of the U.S. District Court for the District of South Dakota, request that this Court admit pro hac vice Dylan J. Gould who will be counsel for the ☒ plaintiff(s)  ☐ defendant(s) Craig Pederson in the case listed above. I have confirmed that Mr. Gould is a member in good standing of the U.S. District Court for the District of Southern Ohio, where Mr. Gould's principal practice is located. I am aware of Local Rule 83.2 (E) regarding the appearance of attorneys pro hac vice.

*[Signature: Pamela Reiter]*

04/05/2023
Date                    Signature

**Statement of Proposed Admitee**

I, Dylan J. Gould, am currently a member in good standing of the U.S. District Court for the District of Ohio (Southern). I am also a member in good standing

of the highest court of the state of Ohio, where my principal practice is located, but am not admitted to the South Dakota Bar. I am aware of Local Rule 83.2 (E) regarding the appearance of attorneys pro hac vice and understand that local counsel must sign and file all documents, and must continue in the case unless another attorney admitted to practice in this court is substituted. I understand that I will receive notice electronically and that it is my responsibility to keep my electronic mail address(es) current.

| | |
|---|---|
| First/Middle/Last Name: | Dylan James Gould |
| Primary E-mail Address: | dgould@msdlegal.com |
| Other E-mail Address to be notified: | apaver@msdlegal.com |
| | bmathews@msdlegal.com |
| Telephone Number: | (513) 651 3700 |
| Fax Number: | (513) 665 0219 |
| Firm Name: | Markovits, Stock & DeMarco, LLC |
| Firm Address: | 119 East Court Street, Ste. 530 |
| | Cincinnati, Ohio 45202 |
| Bar Admission Number: | 0097954 (Ohio Supreme Court Registration Number) |

- I will review and abide by the Local Rules of Practice for the District of South Dakota, General Orders, Administrative Procedures, and all technical and procedural requirements. These documents and current system requirements can be found on the Court's web site located at http://www.sdd.uscourts.gov

- I understand that I will receive notice electronically of all non-sealed documents and that it is my responsibility to keep my electronic mail address(es) current.

- This system is for the U.S. District Court for the District of South Dakota and will be used to receive electronic notification of non-sealed documents that are filed with the District of South Dakota. Each e-mail address listed will be allowed one free access to the document filed for 15 days from the time of notification.

- For additional access the user will need to have a PACER Service Account. This account can be established by contacting the PACER Service Center at http://pacer.psc.uscourts.gov or 1-800-676-6856.

| 4/5/2023 | Dylan J. Gould | /s/ Dylan Gould |
|---|---|---|
| Date | Type/Print Name | Signature |