# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

| | |
|---|---|
| CRAIG PEDERSON and DAVID BROWN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>AAA COLLECTIONS, INC.,<br><br>    Defendant. | Case No. 4:22-cv-04166-RAL |

## JOINT NOTICE OF SETTLEMENT

  The Parties jointly notify the Court that they have reached an agreement in principle on the essential terms of a class resolution in this case. The Parties are in the process of drafting settlement documents and anticipate filing settlement papers, including a motion for preliminary approval by the Court of the class settlement, within the next forty-five (45) days. In the event the settlement papers are not completed and executed within the next forty-five (45) days, the Parties will notify the Court accordingly.

  In light of the Parties' settlement in principle, the Parties jointly request that the Court stay all case deadlines, including the oral argument scheduled for August 25, 2023, on Defendant's motion to dismiss (*see* Doc. 37).

                              Respectfully submitted,

Dated: August 23, 2023                       **WOODS FULLER**

                              **BY:** /s/Andrew R. Damgaard
                              Andrew R. Damgaard
                              Woods, Fuller, Shultz & Smith P.C.
                              300 South Phillips Avenue, Suite 300
                              Sioux Falls, SD 57104
                              (605) 336-3890
                              andy.damgaard@woodsfuller.com

                              Claudia D. McCarron*
                              Michael Jervis*
                              Catherine M. Contino*
                              426 W. Lancaster Avenue, Suite 200
                              Devon, PA 19333
                              (267) 930-4498
                              mjervis@mullen.law
                              **Admitted Pro Hac Vice*
                              ***Attorneys for Defendant***


                              **REITER LAW FIRM, LLC**

                              **BY:** *Pamela R. Reiter*_____
                              Pamela R. Reiter
                              Anthony P. Sutton
                              **REITER LAW FIRM LLC**
                              5032 S. Bur Oak Place, Suite 205
                              Sioux Falls, SD 57108
                              Phone: 605-705-2900
                              pamela@reiterlawfirmsd.com
                              anthony@reiterlawfirmsd.com

                              Terence R. Coates*
                              Jonathan T. Deters*
                              Dylan J. Gould*
                              **MARKOVITS, STOCK & DEMARCO, LLC**
                              119 E. Court Street, Suite 530
                              Cincinnati, OH 45202
                              Telephone: 513.651.3700
                              Facsimile: 513.665.0219
                              tcoates@msdlegal.com
                              jdeters@msdlegal.com
                              dgould@msdlegal.com

Joseph M. Lyon*
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax:(513) 766-9011
jlyon@thelyonfirm.com

Raina C. Borrelli*
**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, WI 53703
Telephone (608) 237-1775
Facsimile: (608) 509-4423
raina@turkestrauss.com

*Pro Hac Vice Application Granted*

**Counsel for Plaintiffs and Putative Class**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2023, a true and correct copy of the foregoing document has been served upon all counsel of record via CM/ECF.

                                                  */s/ Pamela Reiter*