UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| CRAIG PEDERSON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED; AND DAVID BROWN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED;<br><br>Plaintiffs,<br><br>vs.<br><br>AAA COLLECTIONS, INC.,<br><br>Defendant. | 4:22-CV-04166-RAL<br><br>JUDGMENT OF DISMISSAL |

On August 23, 2023, the parties filed a Stipulation for Dismissal, Doc. 38. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 24th day of August, 2023.

BY THE COURT:

*/s/ Roberto A. Lange*
ROBERTO A. LANGE
CHIEF JUDGE