UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| CRAIG PEDERSON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED; AND DAVID BROWN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED;<br><br>Plaintiffs,<br><br>vs.<br><br>AAA COLLECTIONS, INC.,<br><br>Defendant. | 4:22-CV-04166-RAL<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY FEES, EXPENSES, AND SERVICE AWARDS |

Plaintiffs Craig Pederson and David Brown, on behalf of themselves and all others similarly situated, filed an Unopposed Motion for Attorney Fees, Expenses, and Service Awards seeking an order (1) granting Class Counsel's request for attorney fees of $288,333.33 and expenses of $14,889.86; (2) awarding Craig Pederson and David Brown service awards of $5,000 each; and (3) providing such other and further relief as the Court deems reasonable and just. Doc. 44. Plaintiffs filed a Memorandum in Support of Plaintiffs' Unopposed Motion for Attorney Fees, Expenses, and Service Awards; a Joint Declaration therein; and Declarations of Craig Pederson and David Brown. Given the absence of any objection and for good cause, it is

ORDERED that Plaintiffs' Unopposed Motion for Attorney Fees, Expenses, and Service Awards, Doc. 44, is granted and that each of Craig Pederson and David Brown receive from the common fund of $865,000 a service award of $5,000, and that the Plaintiffs' law firms recoup

from the common fund $14,889.86 in expenses and $288,333.33 to be divided as proposed among the various law firms representing the Plaintiffs.

DATED this 18th day of January, 2024.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE