UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| CRAIG PEDERSON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED; AND DAVID BROWN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED;<br><br>Plaintiffs,<br><br>vs.<br><br>AAA COLLECTIONS, INC.,<br><br>Defendant. | 4:22-CV-04166-RAL<br><br><br>ORDER AMENDING FAIRNESS AND FINAL APPROVAL HEARING |

After consultation with the parties, it is hereby

ORDERED that the fairness and final approval hearing set for March 25, 2024, at 3:00 p.m. (Central Time) in the Federal Courtroom of the United States Courthouse in Pierre, South Dakota, Doc. 43 ¶ 18, shall now be conducted remotely via video conference. The time and date remain unchanged. The Court will distribute to counsel for the parties the details needed to attend and participate in the remote fairness and final approval hearing.

DATED this 23rd day of February, 2024.

BY THE COURT:

*[signature]*
ROBERTO A. LANGE
CHIEF JUDGE