# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

| | |
|---|---|
| CRAIG PEDERSON and DAVID BROWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AAA COLLECTIONS, INC.,<br><br>Defendant. | Case No. 4:22-cv-04166-RAL<br><br>Chief Judge Roberto A. Lange |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Craig Pederson and David Brown (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, by and through their undersigned counsel, hereby move without opposition for an Order granting final approval of the proposed class action settlement. In support of the instant Motion, Plaintiffs incorporate their concurrently filed Memorandum of Law; the Declaration of Kari Schmidt of Analytics Consulting, LLC; and the Declaration of Dylan J. Gould in Support of Final Approval.

Date: March 11, 2024               Respectfully Submitted,

*/s/ Pamela R. Reiter*
Pamela R. Reiter
Anthony P. Sutton
**REITER LAW FIRM, LLC**
5032 S. Bur Oak Place, Suite 205
Sioux Falls, SD 57108
Phone: 605-705-2900
pamela@reiterlawfirmsd.com
anthony@reiterlawfirmsd.com

Terence R, Coates*
Jonathan T. Deters*
Dylan J. Gould*
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: 513.651.3700
Facsimile: 513.665.0219
tcoates@msdlegal.com
jdeters@msdlegal.com
dgould@msdlegal.com

Joseph M. Lyon*
**THE LYON FIRM, LLC**
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax:(513) 766-9011
jlyon@thelyonfirm.com

Raina C. Borrelli*
**TURKE & STRAUSS, LLP**
613 Williamson St., Suite 201
Madison, WI 53703
Telephone (608) 237-1775
Facsimile: (608) 509-4423
raina@turkestrauss.com

*Pro Hac Vice*

*Attorneys for Plaintiffs and Class*