UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| **CRAIG PEDERSON** and **DAVID BROWN** on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**AAA COLLECTIONS, INC.**,<br><br>　　　　　　　　　　Defendant. | No. 4:22-cv-04166-RAL<br><br>Chief Judge Roberto A. Lange |

### PLAINTIFFS' UNOPPOSED JOINT MOTION FOR CY PRES DISTRIBUTION

Plaintiffs, Craig Pederson and David Brown, by and through the undersigned Settlement Class Counsel, submit this Unopposed Joint Motion[1] for *Cy Pres* Distribution of $26,446.03 in unclaimed funds to Access to Justice, Inc. ("A2J") which is a statewide program formed by the South Dakota Bar Association that aims to "provide equal access to justice for all citizens of South Dakota[.]"[2]

On March 26, 2024, the Court granted final approval of the Class Action Settlement in this matter. Doc. 54. Pursuant to § 43 of the Settlement Agreement ("S.A."), any "funds remaining in the Settlement Fund after settlement payments have been distributed and the time for cashing and/or depositing checks has expired . . . will be sent to one or more court-approved charitable organizations as a *cy pres* distribution. The Parties will jointly recommend the entity or entities to the Court that will be the recipient(s) of the *cy pres* distribution." Doc. 41-1, at 7. Here, $26,446.03

---

[1] On January 17, 2025, Plaintiffs and Defendant conferred and agreed upon AJ2 as an appropriate *cy pres* recipient. As such, Defendant does not oppose this motion.

[2] *Access to Justice*, STATE BAR SOUTH DAKOTA, https://www.statebarofsouthdakota.com/access-to-justice/ (last visited Jan. 21, 2025).

1

remains in the Settlement Fund after the distribution of benefits to Settlement Class Members. *See* Declaration of Kari L. Schmidt Regarding Distribution of the Settlement Fund ("Schmidt Decl."), ¶¶ 2–5. And the time for cashing and/or depositing checks has expired. *Id*. ¶¶ 3–5.

Pursuant to the Settlement Agreement, all valid claims have been fully compensated, and further distributions are not feasible. S.A. §§ 54, 56, 69; Schmidt Decl. ¶¶ 3–5. Thus, as a *cy pres* recipient, the Parties recommend A2J—which provides free and low-cost legal services to "individuals living at or below 125% of the federal poverty guidelines; survivors of domestic violence, sexual assault, human trafficking or stalking living at or below 150% of the federal poverty guidelines; and individuals with disabilities, the elderly and veterans who live at or below 200% of the federal poverty guidelines."[3]

The doctrine of *cy pres* "takes its name from the Norman French expression, *cy pres comme possible*, which means 'as near as possible.'" *Caligiuri v. Symantec Corp*., 855 F.3d 860, 866 (8th Cir. 2017) (quoting *In re Airline Ticket Com'n Antitrust Litig*., 307 F.3d 679, 682 (8th Cir. 2002)). In the class action context, "it may be appropriate for a court to use *cy pres* principles to distribute unclaimed funds." *Id*. The Eighth Circuit has explained that "we do not require *cy pres* recipients to use funds for the direct benefit of the class" but that "distributions simply 'must be for the next best use for indirect class benefit, and for uses consistent with the nature of the underlying action and with the judicial function.'" *Id*. (quoting *In re BankAmerica Corp. Sec. Litig*., 775 F.3d 1060, 1066 (8th Cir. 2015)).

As a program of the South Dakota Bar Association, A2J is a proper *cy pres* recipient because the class action was predicated on South Dakota law, the class includes many citizens of

---

[3] *Access to Justice*, STATE BAR SOUTH DAKOTA, https://www.statebarofsouthdakota.com/access-to-justice/ (last visited Jan. 21, 2025); *see also About Us*, SD LEGAL HELP https://sdlawhelp.org/about/ (last visited Jan. 21, 2025).

South Dakota, and Plaintiff Craig Pederson is a citizen of South Dakota. *See* Doc. 19, ¶¶ 1, 12, 14; *see also Allicks v. Omni Specialty Packaging, LLC*, No. 4:19-cv-1038, 2024 U.S. Dist. LEXIS 9849, at *6 (W.D. Mo. Jan. 19, 2024) (approving a $248,214.45 *cy pres* distribution). Furthermore, given the large class size of 60,316 individuals, any further distributions would be *de minimis* and unfeasible (i.e., a *pro rata* distribution would equate to $0.44 per class member). *See* Doc. 52-2, ¶ 7; Schmidt Decl. ¶ 5; *see also Caligiuri*, 855 F.3d at 867 (8th Cir. 2017) (finding no abuse of discretion where the distribution would be less than $2.00 per person); *Anderson v. Travelex Ins. Servs. Inc.*, No. 8:18-CV-362, 2023 U.S. Dist. LEXIS 43721, at *4 (D. Neb. Mar. 15, 2023) (granting *cy pres* distribution and finding a $4.97 distribution to be "de minimis").

For these reasons, Plaintiffs respectfully request that the Court approve the *cy pres* distribution of $26,446.03 to Access to Justice, Inc., by the South Dakota Bar Association.

Date: January 24, 2025        Respectfully submitted,

/s/ *Anthony P. Sutton*
Pamela R. Reiter
Anthony P. Sutton
**REITER LAW FIRM, LLC**
5032 S. Bur Oak Place, Suite 205
Sioux Falls, SD 57108
Phone: 605-705-2900
pamela@reiterlawfirmsd.com
anthony@reiterlawfirmsd.com

Terence R, Coates*
Jonathan T. Deters*
Dylan J. Gould*
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: 513.651.3700
Facsimile: 513.665.0219
tcoates@msdlegal.com
jdeters@msdlegal.com
dgould@msdlegal.com

        Joseph M. Lyon*
        **THE LYON FIRM, LLC**
        2754 Erie Avenue
        Cincinnati, OH 45208
        Phone: (513) 381-2333
        Fax:(513) 766-9011
        jlyon@thelyonfirm.com

        Raina C. Borrelli*
        **STRAUSS BORRELLI PLLC**
        One Magnificent Mile
        980 N Michigan Avenue, Suite 1610
        Chicago IL, 60611
        T: (872) 263-1100
        F: (872) 263-1109
        raina@straussborrelli.com

        **Pro Hac Vice*
        *Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        /s/ *Anthony P. Sutton*
        Anthony P. Sutton